AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Eastern District of Pennsylvania |
|---|---|
| DOCKET NO.<br>12-4352 | DATE FILED<br>08/01/2012 | 601 Market Street, Room 2609<br>Philadelphia, Pennsylvania 19106 |

| PLAINTIFF<br><br>MALIBU MEDIA LLC<br>31356 BROAD BEACH RD.<br>MALIBU, CA 90265 | DEFENDANT<br><br>JOHN DOES 1-18 |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | PA0002790375 | ROMANTIC MEMORIES | MALIBU MEDIA LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>MICHAEL E. KUNZ, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>08/01/2012 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,<br>mail copy to Register of Copyrights       2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights       3) Upon termination of action,<br>mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court       5) Case File Copy